UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNELLY LAW OFFICES, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>COWBELL CYBER, INC.; and SPINNAKER INSURANCE COMPANY,<br><br>Defendants. | NO. 2:25-cv-00302<br><br>**COMPLAINT FOR BREACH OF CONTRACT, BREACH OF THE DUTY TO SETTLE, BREACH OF THE DUTY TO INDEMNIFY, BAD FAITH, AND INSURANCE FAIR CONDUCT ACT**<br><br>**JURY DEMANDED** |

COMES NOW the above-named plaintiff, CONNELLY LAW OFFICES, PLLC, by and through John R. Connelly, Jr., Micah R. LeBank, Marta L. O'Brien and Connelly Law Offices PLLC and by way of claim avers and alleges upon information and belief as follows:

## I. PARTIES

1. Plaintiff, CONNELLY LAW OFFICES, PLLC ("Connelly Law Offices") is a law firm located in the Western District of Washington with offices located in both Seattle and Tacoma. Connelly Law Offices, PLLC purchased a policy of insurance through Cowbell Cyber, Inc. and underwritten by Spinnaker Insurance Company.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

2. Defendant COWBELL CYBER, INC. ("Cowbell") is a foreign corporation with a principal office located at 6800 Koll Center Parkway STE 250, Pleasanton, CA 94566-7044 and a registered agent located at 3400 Capitol Blvd SE Ste 101, Tumwater, WA 98501-3351.

3. Defendant Spinnaker Insurance Company ("Spinnaker") is an insurance company with a principal place of business located at 1 Pluckemin Way, Suite 102, Bedminster, New Jersey, 07921. Spinnaker Insurance Company underwrites insurance policies that are sold in Washington State including the Prime Cyber Risk Insurance Policy No. FLY-CB-DU1RCVKXK-003, effective May 6, 2024 to May 6, 2025, that was purchased by Connelly Law Offices.

## II. JURISDICTION & VENUE

4. Jurisdiction is proper in the Western District of Washington pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

5. This Court has personal jurisdiction over Defendants because they are registered to do business in the State of Washington and sold insurance in the State of Washington and the underlying insurance claim occurred in the Western District of Washington.

6. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. 1391(b)(2) because the events giving rise to this claim occurred in this District.

## III. STATEMENT OF FACTS

7. Connelly Law Offices is insured under Prime Cyber Risk Insurance Policy No. FLY-CB-DU1RCVKXK-003 effective May 6, 2024 to May 6, 2025.[1] Connelly Law Offices

[1] A copy of the insurance policy is attached hereto as Exhibit A.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

purchased the policy from Defendants Cowbell/Spinnaker in the event that it was ever the victim of a Cyber Incident and/or Security Breach. The policy provides coverage on a claims-made and reported basis and applies to claims made and reported to the insurer during the policy period. The policy provides $1,000,000.00 in coverage for Security Breach Liability. Connelly Law Offices experienced a Security Breach and had Claim brought against it for $1,501,885.55. Connelly Law Offices tendered this claim to Cowbell/Spinnaker and requested that it defend and indemnify Connelly Law Offices against this claim. Cowbell/Spinnaker has denied the claim and refused to indemnify Connelly Law Offices.

8. Cary Woods II is a personal injury attorney in Miami Florida and is the owner of Cary Woods II, P.A d/b/a Law Offices of Cary Woods II. Mr. Woods associated Connelly Law Offices, PLLC to pursue a case in Washington State on behalf of Darrell and Tamicia McCutcheon. The lawsuit was filed in Pierce County Superior Court and was styled *McCutcheon v. Town of Steilacoom*, Pierce County Cause No. 23-2-04528-4.

9. On April 29, 2024, the lawsuit resolved for $15,000,000.00. The settlement funds were paid into Connelly Law Offices' trust account with Umpqua Bank for distribution. Pursuant to the fee agreement, Mr. Woods was to receive $1,500,000.00 as his portion of the attorney fee plus reimbursement of costs totaling $1,885.55 for a total payment of $1,501,885.55.

10. In June 2024, Connelly Law Offices experienced a security breach wherein hackers obtained unauthorized access to the security codes and passwords to access an employee's email account. After hacking into the Connelly Law Offices employees email account, the hackers created rules within the e-mail account to divert e-mails from Brett Rosen and Cary Woods related to the McCutcheon case. The security breach occurred as a result of



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Connelly Law Offices failure to prevent unauthorized access to electronic data containing the security code and password to the individual employee's email account.

11. The hackers used the security code and password to the employee's e-mail account to access financial information that was not available to the general public including financial information pertaining to the McCutcheon settlement and Mr. Woods attorney's fee. The hackers then created a spoofed e-mail account to impersonate Mr. Woods. The hackers used the security codes and passwords obtained in the security breach to intercept emails sent by the real Mr. Woods, to delete those emails, and to send impersonated messages from the spoofed email account.

12. On June 5, 2024, attorney Micah LeBank of Connelly Law Offices emailed Cary Woods at cwoods@carywoodslaw.com and requested that he provide his law firm's W-9. Mr. Woods responded and provided a copy of his firm's W-9 containing his law firm's EIN number.

13. On June 28, 2024, Mr. LeBank wrote to Mr. Woods and asked him for the address of where to mail his attorney's fee from the McCutcheon case. Mr. LeBank received a response to that email on June 28, 2024, that stated, "I am in Europe for vacation, please will you be able wire the funds?" The responsive email appeared to have been sent from Cary Woods but was sent from the "spoofed/fraudulent" email account that changed the domain name to cwoods@carywoodlaw.com. This spoofed/fraudulent email was nearly identical to Mr. Woods' email, but simply omitted the 's' in the domain name. Mr. LeBank responded to the bad actor impersonating Mr. Woods and stated, "Send us wiring instructions and we can set it up." The bad actor who had hacked into Mr. LeBank's email account and was now posing as Mr. Woods, then sent fraudulent bank account information to Mr. LeBank.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

14. On July 1, 2024, the bad actor followed up to determine if Connelly Law Offices had what it needed to process payment and asked when payment would be made. Mr. LeBank advised that payment would be made the following week.

15. Over the next several weeks, the bad actor continued to use the security codes and passwords to access Mr. LeBank's email account to intercept emails from Mr. Woods and delete them from Mr. LeBank's email account. The bad actor then resent impersonated emails from the spoofed/fraudulent account that they had set up for Mr. Woods. The bad actors also posed as Mr. LeBank in a series of emails with the actual Mr. Woods. This was done from inside Mr. LeBank's email account using the security codes and passwords obtained by the hackers.

16. On July 17, 2024, the office manager for Connelly Law Offices, Sarah Streck, emailed Mr. LeBank and requested a phone number to call Mr. Woods to verbally verify the wire instructions. The bad actors intercepted Ms. Streck's message, posed as Mr. LeBank and responded to Ms. Streck from Mr. LeBank's e-mail account, providing her with a fake phone number to call. They then deleted Ms. Streck's e-mail to prevent Mr. LeBank from seeing it. Ms. Streck, proceeded to call the phone number provided by the bad actors from Mr. LeBank's email account and verified the wiring instructions with the bad actors. The bad actors posed as Cary Woods and confirmed the fraudulent Cary Woods account with Citibank.

17. During this time, the bad actors continued to use the security codes and passwords to access Mr. LeBank's email and sent emails from Mr. LeBank's email account to Mr. Woods telling him that he would be receiving a check once Ms. Streck returned from vacation, thereby keeping Mr. Woods from suspecting that anything unusual was occurring.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

18. On July 17, 2024, based on the information provided to Ms. Streck by the hackers confirming the wire instructions, Connelly Law Offices instructed Columbia Bank to wire $1,501,885.55 to the fraudulent account with Citibank instead of to Mr. Woods.

19. On July 26, 2024, Connelly Law Offices first discovered that the account with Citibank was fraudulent and did not belong to Cary Woods.

20. Cary Woods brought a claim against Connelly Law Offices for the loss of $1,501,885.55 that was sent to the Citibank account. Mr. Woods alleged that Connelly Law Offices engaged in a wrongful act whereby it allowed a security breach to occur and failed to prevent unauthorized access to and use of personal information including security codes and passwords to Mr. LeBank's on-line email account. Mr. Woods further alleged that the failure to prevent unauthorized access to Mr. LeBank's security codes and passwords directly resulted in the loss of $1,501,885.55.

21. On July 31, 2024, Connelly Law Offices tendered this claim to Cowbell as the claim's administrator handling this claim on behalf of Spinnaker.

22. Cowbell agreed to defend this claim under a reservation of rights.

23. On August 27, 2024, Cary Woods demanded that Cowbell/Spinnaker pay its insurance policy limits of $1,000,000.00 to settle this claim. Cary Woods specifically alleged that the loss occurred as a direct result of the failure of Connelly Law Offices to prevent unauthorized access to the email password and email account of Mr. LeBank.

24. On October 15, 2024, Citibank returned $379,592.52 to Connelly Law Offices thereby reducing the total amount lost in the wire fraud scheme to $1,122,293.03.

25. On November 22, 2024, Charles River Associates ("CRA") conducted a forensic investigation to identify any evidence of unauthorized access to, acquisition of, or exfiltration



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

of personally identifiable information, protected health information, or other sensitive information (collectively "Protected Information"). "CRA determined that unauthorized access to information related to the original funds transfer communications occurred on or before June 10, 2024. Based on the information provided and reviewed, it appears the credentials for the mlebank@connelly-law.com account were compromised, likely through phishing, and used to access the e-mail account to set up unauthorized rule(s) and send unauthorized messages from the e-mail account."

26. Cowbell/Spinnaker was provided with the results of the CRA investigation and was informed that CRA had concluded that personal information including the security codes and passwords to Mr. LeBank's e-mail were compromised through phishing and were used to access the email account and to set up unauthorized rules and send unauthorized messages from the email account. Cowbell/Spinnaker has been provided with an opportunity to fully investigate this claim.

27. On November 22, 2024, Cowbell wrote to Connelly Law Offices, stating "notwithstanding that Spinnaker has denied any indemnity obligation to the Insured for the Claim, by email dated November 18, 2024, the Insured requested Spinnaker's consent to settle the Claim. Although Spinnaker maintains that no coverage available for the Claim under the Policy, Spinnaker agrees that it will not raise lack of consent or that the payment constitutes a voluntary payment provided that the settlement is for no more than $1,122,263.03 plus accrued interest."

28. On November 25, 2024, Connelly Law Offices entered into an Agreement, Release, and Assignment of Claims with Cary Woods II and the Law Offices of Cary Woods, II. Pursuant to the Settlement Agreement, Connelly Law Offices agreed to settle the claim



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

against it for a payment of $1,501,885.55.[2]

29. On December 4, 2024, Connelly Law Offices sent a 20-day notice to Cowbell/Spinnaker pursuant to the Washington Insurance Fair Conduct Act RCW 48.30.015(8).[3]

30. On December 23, 2024, Cowbell/Spinnaker responded and denied the claim. In its denial, Cowbell claims that there is no evidence that the hackers gained access to Mr. LeBank's email password, thereby ignoring the conclusion of CRA and prior correspondence from Cowbell.

31. Connelly Law Offices' failure to prevent unauthorized access to Mr. LeBank's username and password allowed the hackers to access Mr. LeBank's email and directly resulted in the loss of the funds that were supposed to be paid to Mr. Woods.

32. Connelly Law Offices is insured for this loss under the Prime Cyber Risk Insurance Policy No. FLY-CB-DU1RCVKXK-003. The policy provides coverage for a Wrongful Act or a series of Interrelated Wrongful Acts taking place during the coverage period.

33. Wrongful Act under the policy includes both a "Security Breach" and "the failure to prevent unauthorized access to, or use of, electronic or non-electronic data containing Personal Information."

34. "Personal Information means any information not available to the general public for any reason through which an individual may be identified, including but not limited to, an individual's" … "*security codes*" and "*passwords*."

35. Personal information also includes "any other nonpublic information as defined

---

[2] A copy of the Settlement Agreement is attached as Exhibit B.

[3] A copy of the December 4, 2024 20-day notice letter to Cowbell/Spinnaker is attached as Exhibit C.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

in privacy regulations."

36. Washington's Data Privacy Act RCW 19.255.010(2)(a)(ii) defines personal information to include: "Username or e-mail address in combination with a password or security question and answer that would permit access to an online account."

37. Mr. Woods brought a claim against Connelly Law Offices based on its failure to prevent the unauthorized access to security codes and passwords to access Mr. LeBank's on-line email account which resulted in the loss of $1,501,885.55.

38. Cowbell/Spinnaker eventually accepted coverage under the Social Engineering Endorsement and paid $100,000.00 towards the claim.

39. Connelly Law Offices did not have a defense to this claim, the policy was eroding with defense costs, the damages were a liquidated amount and pre-judgment interest was accruing.

40. Cowbell/Spinnaker did not make a single settlement offer and has otherwise denied coverage for this claim.

41. Cowbell/Spinnaker has engaged in bad faith in the handling of this claim; has failed to make reasonable settlement offers when liability is clear; has failed to properly evaluate the risk faced by its insured; has unreasonably placed its own financial interests in avoiding making a settlement payment ahead of its insured's financial interests in reaching a prompt, fair, and reasonable settlement; has breached its duty to settle; has breached its duty to indemnify; and has otherwise, left Connelly Law Offices to its own devices to settle this claim.

42. Cowbell/Spinnaker have breached the contract and otherwise engaged in bad faith by unreasonably denying this claim for coverage and payment of benefits and refusing to pay the benefits owed under the policy.



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

## IV. FIRST CAUSE OF ACTION-BREACH OF THE DUTY TO INDEMNIFY

43. Plaintiff re-alleges and incorporates by reference all of the allegations in each of the preceding paragraphs as though fully set forth herein.

44. Cowbell/Spinnaker had a duty to indemnify the Connelly Law Offices as required by the terms and provisions of the Policy and applicable law.

45. Cowbell/Spinnaker breached its duty to indemnify Connelly Law Offices, including its duty to indemnify the settlement entered between Connelly Law Offices and the Law Offices of Cary Woods II.

46. As a result of this breach, Connelly Law Offices suffered substantial damages, including but in no way limited to: being deprived of the insurance proceeds and benefits due under the Policy; having to pay the full amount owed out of its own funds; incurring attorney fees and costs, expenses and interests, both in connection with the defense of the underlying claim and the prosecution of the current case; and for such other damages and in amounts to be proven at trial.

## V. SECOND CAUSE OF ACTION—COMMON LAW BAD FAITH

47. Plaintiff re-alleges and incorporates by reference all of the allegations in each of the preceding paragraphs as though fully set forth herein.

48. All of the forgoing breaches alleged, <u>and all of the allegations below</u>, were done knowingly, intentionally, or unreasonably by Cowbell/Spinnaker. In these and in other respects, Cowbell/Spinnaker failed to comply with the good faith, fiduciary and other legal duties that Cowbell/Spinnaker owed to Connelly Law Offices.

49. Under the Policy and Washington law, Cowbell/Spinnaker must act in good faith



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

investigating and handling Connelly Law Offices claims relating to the security breach and wire fraud incident and providing accurate and complete information to Connelly Law Offices relating to these claims.

50. Under the Policy and Washington law, Cowbell/Spinnaker owes legal and fiduciary duties to Connelly Law Offices, including but not limited to the following:

a. To act upon or acknowledge with reasonable promptness all communications from the Connelly Law Offices with respect to claims arising under the Policy:

b. To conduct a reasonable investigation, evaluation and coverage determination of the Connelly Law Offices' claims under the Policy;

c. To represent accurately pertinent facts, policy provisions and coverages, and the law;

d. To act with good faith to effectuate a fair and equitable settlement of Connelly Law Offices' claims arising under the Policy;

e. To refrain from compelling Connelly Law Offices to initiate litigation by offering substantially less than the proceeds ultimately recovered and due under the Policy;

f. To not delay investigation, or refuse to pay, by requiring submissions and information from Connelly Law Offices of substantially similar information already received or not pertinent to the issues;

g. To answer the Connelly Law Offices' coverage-related questions, and to not misrepresent the law, the facts and/or the language, provisions or requirements in the Policy;

h. To consider equally Connelly Law Offices and its own financials interest, and to not put Cowbell/Spinnaker's interest ahead of the interest of Connelly Law Offices;

i. To comply with Washington law in all matters relating to the handling or evaluation of the Connelly Law Office's claims;

j. To participate in settlement discussions, mediations, and negotiations on behalf of Connelly Law Offices in good faith in order to resolve the



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

underlying claims within the policy limits when presented with a reasonable opportunity to do so;

k. To settle Connelly Law Office's liability in the underlying claim within policy limits when presented with a reasonable opportunity to do so;

l. To not assert frivolous, unreasonable or unsupportable coverage defenses or denials; and

m. To reply within 30 days to the inquiries from Connelly Law Offices regarding information requests and the basis upon which Cowbell/Spinnaker was refusing to settle and indemnify Connelly Law Offices.

51. Cowbell/Spinnaker, its adjusting agents, other agents and employees have engaged in acts and/or omissions that constitute a breach of Cowbell/Spinnaker's legal duties set forth above, as well as its duty of good faith and its fiduciary duties to Connelly Law Offices, which include its inaction and failure to properly and reasonably investigate, handle, adjust, defend, settle and indemnify the claims relating to the Security Breach and Cyber Incident in a prompt, reasonable and fair manner.

52. As a result of Cowbell/Spinnaker's bad faith, Connelly Law Offices suffered substantial damages, including but in no way limited to: being deprived of the insurance proceeds and benefits due under the Policy; missing opportunities to settle for a lower amount than the claim was ultimately settled for; being forced to continue litigating the claim after policy limits demands were received, and being left to fend for themselves in that defense; having a judgment entered against them in the claim, suffering continued emotional, psychological and/or personal injuries; incurring attorney fees and costs, expenses and interests, both in connection with the defense of the claim and the prosecution of the current case; and for such other damages and in amounts to be proven at trial.

53. As a further result of Cowbell/Spinnaker bad faith, Cowbell/Spinnaker has



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

waived or is otherwise estopped from relying on any defenses to coverage for the claims associated with the Security Breach Claim.

## VI. THIRD CAUSE OF ACTION—UNFAIR TRADE PRACTICES ACT

54. Plaintiff re-alleges and incorporates by reference all of the allegations in each of the preceding paragraphs as though fully set forth herein.

55. Cowbell/Spinnaker's acts and omissions as described herein violated multiple provisions of WAC 284-30-330 including, but not limited to, subsections (1), (2), (3), (5), (7), (9), and (13). Such violations are per se violations of RCW 19.86, Washington's Consumer Protection Act (the "CPA").

56. Cowbell/Spinnaker's acts and omissions also constitute non-per se violations of the CPA. As pled above, such unreasonable acts and omissions were unfair or deceptive; occurred in trade or commerce; and affect Washington's policyholders and the public interest.

57. Such unfair or deceptive acts and practices directly and proximately caused and continue to cause Connelly Law Offices to suffer damages in an amount to be proven at trial. These damages include, but are not limited to, the deprivation of benefits owed to Connelly Law Offices under the Policy and the costs associated with bringing this action, including court costs and attorneys' fees.

58. Connelly Law Offices is entitled to recovery of actual damages, attorneys' fees, litigation costs, and treble its actual damages up to the statutory maximum, pursuant to RCW 19.86.090.

//



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

## VII. FOURTH CAUSE OF ACTION—INSURANCE FAIR CONDUCT ACT

59. Plaintiff re-alleges and incorporates by reference all of the allegations in each of the preceding paragraphs as though fully set forth herein.

60. Connelly Law Offices has asserted a right to payment of its claims, and for other policy benefits, for its losses relating to the security breach claim as set forth above, and which are due and owing under the Policy.

61. Cowbell/Spinnaker have refused these claims, and to provide the benefits owed under the Policy.

62. Cowbell/Spinnaker's treatment of Connelly Law Offices' claims relating to the Security Breach and Cyber Incident as set forth above was and is unreasonable, and constitutes a violation of RCW 48.30.010 *et seq.*

63. Connelly Law Offices is entitled to treble damages, injunctive relief, and to recovery of its attorney fees and costs incurred in bringing this suit in amounts to be proven at trial.

## VIII. DEMAND FOR JURY OF TWELVE

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a jury of twelve for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Connelly Law Offices, PLLC prays for judgment in its favor and against Cowbell Cyber, Inc. and Spinnaker Insurance Company as follows:

a. damages in an amount to be proven at trial, but not less than $1,122,293.03;

b. trebling of damages pursuant to the Unfair Trade Practices and Consumer Protection Act, in amounts to be determined at trial;



CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

c. trebling of damages under the Insurance Fair Conduct Act, in amounts to be determined at trial;

d. additional attorney's fees, court costs and litigation costs;

e. such other expenses and relief as this Court deems just and proper.

DATED this 12th day of February, 2025.

CONNELLY LAW OFFICES



By ______________________________

John R. Connelly, Jr., WSBA No. 12183
Micah R. LeBank, WSBA No. 38047
Marta L. O'Brien, WSBA No. 46416
2301 North 30th Street
Tacoma, WA 98403
Phone: (253) 593-5100
E-mail: jconnelly@connelly-law.com
E-mail: mlebank@connelly-law.com
E-mail: mobrien@connelly-law.com
*Attorneys for Plaintiffs*