UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNELLY LAW OFFICES, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>COWBELL CYBER, INC.; and SPINNAKER INSURANCE COMPANY,<br><br>Defendants. | No. 2:25-cv-00302-JHC<br><br>DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DATE & ORDER<br><br>**Motion Date: March 14, 2025**<br>**Without Oral Argument** |

Defendants Cowbell Cyber, Inc. and Spinnaker Insurance Company ("Defendants") move the Court for an Order granting an extension of the time to answer or otherwise respond to the Complaint to April 16, 2025. Pursuant to LCR 7(d)(1), undersigned counsel for Defendants certify that they conferred with counsel for Plaintiff regarding this motion and Plaintiff agrees to this motion for an extension of time. By this motion, Defendants do not waive any objections, defenses, or claims it may have in this action.

Pursuant to LCR 7(j), Defendants state the following:

(1)     There is good cause to extend the date for Defendants to answer or present other defenses or objections to the Complaint to afford Defendants adequate time to properly evaluate and respond to this pleading;

(2)     Defendants request the following extension of the date to file an answer or otherwise respond to the Complaint:

| Cowbell Cyber, Inc. Responsive Pleading: | Current Date March 17, 2025 | Proposed Date April 16, 2025 |
|---|---|---|

| Spinnaker Insurance Co. Responsive Pleading: | Current Date March 26, 2025 | Proposed Date April 16, 2025 |
|---|---|---|

(3)     Defendants believe that this brief extension will not adversely affect other existing case deadlines.

This motion for an extension of time is made in good faith and not for the purpose of delay.

DATED this 14th day of March, 2025.

| SOHA & LANG, P.S. | CONNELLY LAW OFFICES, PLLC |
|---|---|
| *s/ Geoffrey C. Bedell* | *s/ Micah R. LeBlank* |
| Geoffrey C. Bedell, WSBA #28837 | John R. Connelly, Jr., WSBA #12183 |
| Cristin A. Cavanaugh, WSBA #53251 | Micah R. LeBank, WSBA #38047 |
| 1325 Fourth Avenue, Suite 940 | Marta L. O'Brien, WSBA #46416 |
| Seattle, WA 98101 | 2301 North 30th Street |
| Tel: (206) 624-1800 | Tacoma, WA 98403 |
| Email: bedell@sohalang.com; cavanaugh@sohalang.com | Tel: (253) 593-5100 |
| | Email: jconnelly@connelly-law.com; mleblank@connelly-law.com; mobrien@connelly-law.com |
| *Attorneys for Defendant Cowbell Cyber, Inc. and Spinnaker Insurance Company* | |
| | *Attorneys for Plaintiff Connelly Law Offices, PLLC* |

ORDER

Based upon the above stipulated agreement, it is so ordered that said Motion to Extend Responsive Pleading Date is GRANTED. The new deadline date for Defendants' to answer or present other defenses or objections to Plaintiff's Complaint is April 16, 2025.

Dated this 14th day of March, 2025.

_____
John H. Chun
United States District Judge