UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNELLY LAW OFFICES, PLLC,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>COWBELL CYBER, INC.; and SPINNAKER INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | No. 2:25-cv-00302-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**I.　　STIPULATION**

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

DATED this 20th day of November 2025.

| | |
|---|---|
| SOHA & LANG, P.S. | CONNELLY LAW OFFICES, PLLC |
| *s/ Geoffrey C. Bedell*<br>Geoffrey C. Bedell, WSBA #28837<br>Cristin A. Cavanaugh, WSBA #53251<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Tel: (206) 624-1800<br>Emails: bedell@sohalang.com;<br>cavanaugh@sohalang.com | *s/ Micah R. LeBank (email authorized)*<br>John R. Connelly, Jr, WSBA #12183<br>Micah R. LeBank, WSBA #38047<br>Marta L. O'Brien, WSBA #46416<br>2301 N. 30th Street<br>Tacoma, WA 98403<br>Tel: (253) 593-5100<br>Emails: jconnelly@connelly-law.com;<br>mlebank@connelly-law.com;<br>mobrien@connelly-law.com;<br>*Attorneys for Plaintiff* |
| WHITE AND WILLIAMS, LLP | |
| *s/ Gabriel E. Darwick*<br>Gabriel E. Darwick (*admitted pro hac vice*)<br>White and Williams, LLP<br>810 Seventh Avenue<br>New York, NY 10019<br>Tel: (201) 368-7228<br>Email: darwickg@whiteandwilliams.com<br>*Attorneys for Defendants Cowbell Cyber, Inc. and Spinnaker Insurance Company* | |

## II.   ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

Dated: November 20, 2025.

*[signature: John H. Chun]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE